1 | Kelly H. Dove, Esq.
Nevada Bar No. 10569
2 | Holly E. Cheong, Esq.
Nevada Bar No. 11936
3 | SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
4 | Las Vegas, NV 89169
Telephone:   (702) 784-5200
5 | Facsimile:   (702) 784-5252
kdove@swlaw.com
6 | hcheong@swlaw.com

7 | *Attorneys for Defendant Wells Fargo Bank, N.A.*

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10 |

11 | NATALINE SCALLION,                     Case No. 2:22-cv-01382-APG-DJA

12 |                     Plaintiff,

13 | vs.                                     **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

14 | TRANS UNION, LLC and WELLS FARGO
BANK, N.A.,                              **(First Request)**

15 |

16 |                     Defendants.

17 |

18 |

19 |         Plaintiff Nataline Scallion ("Scallion") and Defendant Wells Fargo Bank, N.A. ("Wells

20 | Fargo") (collectively the "Parties"), by and through their undersigned counsel of record, stipulate

21 | and request an order from the Court to extend the filing deadline for Wells Fargo to respond to

22 | Scallion's Complaint (ECF No. 1), filed on August 25, 2022 in this Court.  This is the first

23 | stipulation for an extension of time for Wells Fargo to respond the Complaint.

24 |         Currently, Wells Fargo's response to the Complaint is due no later than September 20, 2022.

25 | Parties request an extension of time, up to and including, October 4, 2022, for Wells Fargo to file

26 | its response to the Complaint.  Wells Fargo requires additional time to complete its research to

27 | support its response and time for client review.

28 | / / /

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

IT IS STIPULATED AND AGREED by and between Parties that Wells Fargo shall have

up to and including October 4, 2022, to file its response to the Complaint (ECF No. 1.)

DATED this 20th day of September, 2022

By: /s/ Michael Kind
    Michael Kind, Esq. (Bar No. 13903)
    Kind Law
    8860 South Maryland Pkwy, Suite 106
    Las Vegas, NV 89123
    Phone: (702) 337-2322
    Fax: (702) 329-5881
    mk@kindlaw.com

    George Haines, Esq. (Bar No. 9411)
    Gerardo Avalos, Esq. (Bar No. 15171)
    Freedom Law Firm
    8985 S. Eastern Ave., Suite 350
    Las Vegas, NV 89123
    ghaines@freedomlegalteam.com
    *Attorneys for Plaintiff Nataline Scallion*

DATED this 20th day of September, 2022

By: /s/ Holly E. Cheong
    Kelly H. Dove, Esq. (Bar No. 10569)
    Holly E. Cheong, Esq. (Bar No. 11936)
    Snell & Wilmer L.L.P.
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
    kdove@swlaw.com
    hcheong@swlaw.com
    *Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _9/21/2022_____

- 2 -

1

## CERTIFICATE OF SERVICE

2     I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18)

3   years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a

4   true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF**

5   **TIME TO RESPOND TO COMPLAINT** by method indicated below:

6

☐     **BY FAX:**  by transmitting via facsimile the document(s) listed above to the fax
7            number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a).
            A printed transmission record is attached to the file copy of this document(s).

8
☐     **BY U.S. MAIL:**  by placing the document(s) listed above in a sealed envelope with
9            postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed
            as set forth below.

10
☐     **BY OVERNIGHT MAIL:**  by causing document(s) to be picked up by an overnight
11           delivery service company for delivery to the addressee(s) on the next business day.

12
☐     **BY PERSONAL DELIVERY:**  by causing personal delivery by, a messenger service
            with which this firm maintains an account, of the document(s) listed above to the
13           person(s) at the address(es) set forth below.

14
■     **BY ELECTRONIC SUBMISSION:**  submitted to the above-entitled Court for
            electronic filing and service upon the Court's Service List for the above-referenced case.
15
☐     **BY EMAIL:**  by emailing a PDF of the document listed above to the email addresses of
16           the individual(s) listed below.

17
DATED September 20, 2022
18

19                                  */s/ Holly E. Cheong*
                                    An employee of SNELL & WILMER L.L.P.
20
4854-7557-3556
21

22

23

24

25

26

27

28

- 3 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200