Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:   (702) 784-5200
Facsimile:   (702) 784-5252
kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATALINE SCALLION,<br><br>   Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC and WELLS FARGO BANK, N.A.,<br><br>   Defendants. | Case No. 2:22-cv-01382-APG-DJA<br><br>**STIPULATION OF DISMISSAL OF WELLS FARGO BANK, N.A. WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Nataline Scallion and Wells Fargo Bank, N.A. stipulate to dismiss Plaintiff's claims against Wells Fargo Bank, N.A. with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Each party will bear its own costs, disbursements, and attorneys' fees.

DATED this 24th day of October, 2022

By: */s/ Michael Kind*
    Michael Kind, Esq. (Bar No. 13903)
    Kind Law
    8860 South Maryland Pkwy, Suite 106
    Las Vegas, NV 89123
    Phone: (702) 337-2322
    Fax: (702) 329-5881
    mk@kindlaw.com

    George Haines, Esq. (Bar No. 9411)
    Gerardo Avalos, Esq. (Bar No. 15171)
    Freedom Law Firm
    8985 S. Eastern Ave., Suite 350
    Las Vegas, NV 89123
    ghaines@freedomlegalteam.com
    *Attorneys for Plaintiff Nataline Scallion*

DATED this 24th day of October, 2022

By: */s/ Holly E. Cheong*
    Kelly H. Dove, Esq. (Bar No. 10569)
    Holly E. Cheong, Esq. (Bar No. 11936)
    Snell & Wilmer L.L.P.
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, NV 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
    kdove@swlaw.com
    hcheong@swlaw.com
    *Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED: October 25, 2022