Kelly H. Dove, Esq.
Nevada Bar No. 10569
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:   (702) 784-5200
Facsimile:    (702) 784-5252
kdove@swlaw.com
hcheong@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATALINE SCALLION,<br><br>                    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC and WELLS FARGO BANK, N.A.,<br><br>                    Defendants. | Case No. 2:22-cv-01382-APG-DJA<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |

SNELL & WILMER L.L.P. hereby requests that the following attorneys be removed from the CM/ECF service list as they are no longer associated with this matter:

- Kelly H. Dove

- Holly E. Cheong

DATED October 26, 2022

**IT IS SO ORDERED**.

DATED: 10/27/2022

_____
Daniel J. Albregts
United States Magistrate Judge

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
    Kelly H. Dove, Esq.
    Holly E. Cheong, Esq.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** by method indicated below:

☐    **BY FAX:**  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐    **BY U.S. MAIL:**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐    **BY OVERNIGHT MAIL:**  by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐    **BY PERSONAL DELIVERY:**  by causing personal delivery by, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒    **BY ELECTRONIC SUBMISSION:**  submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐    **BY EMAIL:**  by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

DATED October 26, 2022

*/s/ Maricris Williams*
An employee of SNELL & WILMER L.L.P.

4878-2868-8188

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 2 -