**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 871-2100
Facsimile:  (214) 871-2111
rswernofsky@qslwm.com
*Counsel for Trans Union LLC*

**\*\*Designated Attorney for Personal Service\*\***
Kurt Bonds, Esq.
Nevada Bar No. 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATALINE SCALLION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC and WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01382- APG-DJA |

**ORDER**

AND NOW, this  19th  day of   December  , 202 2 , upon consideration of Defendant Trans Union, LLC's ("TransUnion") Motion to Stay and any opposition thereto, it is hereby ORDERED that Motion is GRANTED.  This action is STAYED until a determination by the Judicial Panel on Multidistrict Litigation on TransUnion's Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407.

SIGNED this  19th   day of   December     202 2  .

**HONORABLE ANDREW P. GORDON**
UNITED STATES DISTRICT JUDGE

- 1 -