# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATALINE SCALLION, | Case No.: 2:22-cv-01382-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| TRANS UNION, LLC, et al., | |
| Defendants | |

In light of the order from the Judicial Panel on Multidistrict Litigation denying a transfer of this case (ECF No. 24),

I ORDER that the stay is lifted, and the parties shall submit a proposed discovery plan and scheduling order by April 21, 2023.

DATED this 20th day of March, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE