Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Nataline Scallion*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Nataline Scallion,<br>          Plaintiff,<br> v.<br><br>Trans Union, LLC and Wells Fargo Bank, N.A.,<br>          Defendant. | Case No.: 2:22-cv-01382-APG-DJA<br><br>**Stipulation for dismissal of Trans Union, LLC with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Nataline Scallion and Trans Union, LLC stipulate to dismiss Plaintiff's claims against Trans

STIPULATION                                              - 1 -

Union, LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 10, 2023.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Nataline Scallion*

**SKANE MILLS LLP**

/s/ Sarai L. Thornton
Sarai L. Thornton, Esq.
Jibril Greene, Esq.
1120 N. Town Center Dr., Ste 200
Las Vegas, NV 89144
*Counsel for Trans Union, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: October 11, 2023